UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE RAY WASHINGTON (#111260),

                     Plaintiff,

CASE NO. 2:11-CV-10448
JUDGE DAVID M. LAWSON
MAGISTRATE JUDGE PAUL J. KOMIVES

v.

CARRON CALDWELL,
RAYMOND BOOKER and
MICHAEL MARTIN,

                     Defendant,
_____/

## SCHEDULING ORDER REGARDING DEFENDANT CALDWELL'S MARCH 22, 2012 MOTION FOR SUMMARY JUDGMENT (Doc. Ent. 32)

Clarence Ray Washington (#111260) is currently incarcerated at the Earnest C. Brooks Correctional Facility (LRF) in Muskegon Heights, Michigan.[1] On February 4, 2011, while incarcerated at the Ryan Correctional Facility (RRF) in Detroit, Michigan, Washington filed the instant case against Ms. C. (Carron) Caldwell, described as Chaplain located at RRF. Doc. Ent. 1 at 1-5, Doc. Ent. 12 at 2 (Page 4).

Judge Lawson has referred this case to me to conduct all pretrial matters. Doc. Ent. 7. On March 12, 2012, Judge Lawson entered an order (Doc. Ent. 30) adopting my report and recommendation (Doc. Ent. 29), denying defendant's motion for summary judgment (Doc. Ent. 17), denying plaintiff's motion for summary judgment (Doc. Ent. 13), granting plaintiff's motion to file amended complaint (Doc. Ent. 27), and directing the U.S. Marshal to effect service.

---

[1] *See* www.michigan.gov/corrections, "Offender Search;" Doc. Ent. 16 (Washington's April 18, 2011 Notice of Address Change).

On March 12, 2012, plaintiff filed a first amended complaint against Caldwell, RRF Warden Raymond Booker and CFA Special Activities Coordinator Michael Martin. Doc. Ent. 31. To date, it does not appear that service has been effected upon Booker and Martin.

Currently before the Court is defendant Caldwell's March 22, 2012 motion for summary judgment. Doc. Ent. 32; *see also* Doc. Ent. 33 (Ex. A). Upon consideration, plaintiff shall have up to and including June 18, 2012 by which to file a response to defendant Caldwell's motion. Any reply by defendant Caldwell shall be filed in accordance with E.D. Mich. LR 7.1.

**IT IS SO ORDERED.**

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of service of a copy of this order within which to file an appeal for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: April 16, 2012                    s/Paul J. Komives
                                         PAUL J. KOMIVES
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on April 16, 2012, electronically and/or U.S. mail.

                                         s/Michael Williams
                                         Relief Case Manager for the
                                         Honorable Paul J. Komives